IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **14-cv-1410-AP**

**CHRISTOPHER DAVID HAY,**

        Plaintiff,

v.

**CAROLYN W. COLVIN, Acting Commissioner of Social Security,**

        Defendant.

## ORDER

Kane, J.

The Stipulation re Attorney submitted by the parties under the Equal Access to Justice Act (Doc. 21), February 9, 2015, is **APPROVED**. In consideration thereof, it is

**ORDERED** that the Defendant shall pay to Plaintiff , through counsel, reasonable attorney fees and expenses in the amount of **$7,500**.  As stipulated, the EAJA award is without prejudice to Plaintiff's attorney's right to seek fees under § 206(b) of the Social Security Act, 42 U.S.C. § 406(b), subject to EAJA's offset provisions.  *See* 28 U.S.C. § 2412(c)(1) (2006).

Dated at Denver, Colorado, this 9th day of February, 2015.

                                    BY THE COURT:

                                    *s/John L. Kane*
                                    SENIOR U.S. DISTRICT JUDGE